IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )      Criminal No. 4:22-CR-40003-001
                                    )
JONATHAN TYRELL HANEY               )

**FINAL ORDER OF FORFEITURE**

On December 12, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 26). In the Preliminary Order of Forfeiture, one unspent Federal Ammunition 9x19mm (Luger) caliber cartridge containing a hollow-point projectile; and five spent Federal Ammunition 9x19mm (Luger) caliber cartridge cases; and a Sarsilmaz model CM9 9x19mm (Luger) caliber semi-automatic pistol, bearing serial number T1102-20BD51056, were forfeited to the United States pursuant to Title 18 U.S.C. § 924(d), incorporating by reference Title 28 U.S.C. § 2461(c).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 17, 2023, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was February 16, 2023 No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on December 12, 2022, shall become final at this time.

IT IS SO ORDERED this 19th day of October, 2023.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE